THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KRISTY L. CHAVIS, Appellant. (Appeal No. 2.) [53 NYS3d 853]—Appeal from a judgment of the Cayuga County Court (Thomas

G. Leone, J.), rendered January 7, 2016. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree (four counts), and criminal possession of a controlled substance in the third degree (four counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Chavis* ([appeal No. 1] 151 AD3d 1757 [2017]). Present—Whalen, P.J., Smith, Carni, Curran and Scudder, JJ.